IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MITCHELL VIRGIL, SR., ET AL.** | § | **PLAINTIFFS** |
| | § | |
| **v.** | § | **Civil Action No.1:01cv193LG-RHW** |
| | § | |
| **CITY OF GULFPORT, ET AL.** | § | **DEFENDANTS** |

### JUDGMENT

This cause came on for hearing before the Court on the Motion Asserting Preliminary Immunity and Other Preliminary Defenses filed by the Defendants on July 1, 2005, the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion Asserting Preliminary Immunity and Other Preliminary Defenses filed by the Defendants on July 1, 2005, [169-1] should be and is hereby **GRANTED**. Plaintiffs' case against the Defendants is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 31th day of March, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE